IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA A. DOWNS,

    Plaintiff,

v.                                       Case No.  21-cv-537-wmc

CITY OF LA CROSSE,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction.

| /s/ | March 23, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |